# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA LYNNE DOWNING *individually and as Personal Representative of The Estate of Brian Downing, deceased, and on behalf of Kristyl Downing and James Downing, Death Beneficiaries of The Estate of Brian Downing,*<br><br>      Plaintiff,<br>  v.<br><br>BLAIR LOSVAR, *Personal Representative of The Estate of Albert E. Losvar, Deceased;* LYCOMING, *a division of Avco Corporation, a subsidiary of Textron Aviation, Inc. a Kansas corporation;* CESSNA AIRCRAFT COMPANY, *a subsidiary of Textron Aviation, Inc., a Kansas corporation;* JOHN DOES 1-20,<br><br>      Defendants. | No.: 4:17-CV-01430<br><br>(Judge Brann) |

## **ORDER**

**AND NOW**, this 23rd day of January 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Stay, December 19, 2017, ECF No. 18, is **DENIED**.

2. The clerk is directed to correct the docket sheet from "Jones" Does to "John" Does.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge
